135 F.3d 763
 Atlantic Coast Demolition & Recycling, Inc.
v.
Board of Chosen Freeholders of Atlantic County, Atlantic
County Utilities Authority, Board of Chosen Freeholders of
Camden County, Pollution Control Financing Authority of
Camden County, Scott A. Weiner, as Commissioner of New
Jersey Department of Environmental Protection and Energy,
Mercer County Improvement Authority, Hudson County
Improvement Authority, Essex County Utilities Authority, Passaic
 NOS. 96-5567, 96-5570, 96-5568, 97-5727, 96-5569
 United States Court of Appeals,
Third Circuit.
 Dec 08, 1997
 
 Appeal From: D.N.J. ,Nos.93cv02669, 94cv03244
 
 
 1
 Denied.